# Pay Statement History Details



Shriners Hospitals for Children®

**SHC PHILADELPHIA**
**Ms.SHARON F WILLIAMS**
**1706 SCATTERGOOD STREET**
**PHILADELPHIA, PA 19124**

**2900 ROCKY POINT DRIVE**
**TAMPA FL 33607**
**813-281-0300**

| | |
|---|---|
| Employee ID: | 22700228 |
| Pay Type: | Hourly |
| Base Salary/Rate: | 20.4714 |

## Payment Details

| | | | |
|---|---|---|---|
| Payment Number: | 99001616 | Period Begin Date: | 03-20-2022 |
| Payment Date: | 04-07-2022 | Period End Date: | 04-02-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.25 | 20.4714 | | | 1,315.28 | 10,655.37 |
| OVERTIME PAY | | | | | | 115.27 |
| GTL IMPUTED INC | | | | | 6.02 | 24.08 |
| WKND DAY PREM | 8.00 | | | | | |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 15.75 | 20.4714 | | | 322.42 | 808.61 |
| **TOTAL PAY** | | | | | **$1,643.72** | **$11,680.10** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 97.57 | 693.74 |
| FEDERAL W/H TAX (S-01) | 141.01 | 1,007.93 |
| FICA-HI | 22.82 | 162.25 |
| PA (S-01) | 48.31 | 343.51 |
| PHILADELPHIA CI | 63.12 | 448.49 |
| PA-Other | 0.99 | 7.01 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 6.02 | 24.08 |
| *FSA-MEDICAL | 57.70 | 403.90 |
| *TRADITION DENT | 8.51 | 59.57 |
| *VISION | 3.90 | 27.30 |
| ADDITIONAL | 1.15 | 8.05 |
| AD&D | | |
| EE OPTIONL LIFE | 8.52 | 59.64 |
| CHILD OPT LIFE | 1.94 | 13.58 |
| MEALS | 51.46 | 389.73 |
| SHC DONATION | 1.00 | 7.00 |

| | | |
|---|---|---|
| **Net Pay** | **$1,129.70** | **$8,024.32** |

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 79.42 |
| EXT ILL BANK | 220.4 |

Case # 22-12920

NOV 8 2022



Case # 22 12920

**Shriners Hospitals for Children**

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

| | |
|---|---|
| Employee ID: | 22700228 |
| Pay Type: | Hourly |
| Base Salary/Rate: | 20.4714 |

### Payment Details

| | | | |
|---|---|---|---|
| Payment Number: | 99001654 | Period Begin Date: | 04-03-2022 |
| Payment Date: | 04-21-2022 | Period End Date: | 04-16-2022 |

### Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 20.4714 | | | 1,310.17 | 11,965.54 |
| OVERTIME PAY | 0.50 | 30.7071 | | | 15.35 | 130.62 |
| GTL IMPUTED INC | | | | | | 24.08 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 16.00 | 20.4714 | | | 327.54 | 1,136.15 |
| **TOTAL PAY** | | | | | **$1,653.06** | **$13,333.16** |

### Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 98.14 | 791.88 |
| FEDERAL W/H TAX (S-01) | 142.13 | 1,150.06 |
| FICA-HI | 22.95 | 185.20 |
| PA (S-01) | 48.60 | 392.11 |
| PHILADELPHIA CI | 63.47 | 511.96 |
| PA-Other | 0.99 | 8.00 |

### Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 24.08 |
| *FSA-MEDICAL | 57.70 | 461.60 |
| *TRADITION DENT | 8.51 | 68.08 |
| *VISION | 3.90 | 31.20 |
| ADDITIONAL AD&D | 1.15 | 9.20 |
| EE OPTIONAL LIFE | 8.52 | 68.16 |
| CHILD OPT LIFE | 1.94 | 15.52 |
| MEALS | 38.25 | 427.98 |
| SHC DONATION | 1.00 | 8.00 |

Net Pay  $1,155.81  $9,180.13

### Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 74.88 |
| EXT ILL BANK | 222.26 |

# Pay Statement History Details



Case # 22-12926

| SHC PHILADELPHIA | 2900 ROCKY POINT DRIVE | Employee ID: | 22700228 |
| --- | --- | --- | --- |
| Ms-SHARON-F-WILLIAMS | TAMPA FL 33607 | Pay Type: | Hourly |
| 1706 SCATTERGOOD STREET | 813-281-0300 | Base Salary/Rate: | 20.4714 |
| PHILADELPHIA, PA 19124 | | | |

## Payment Details

| Payment Number: | 99001603 | Period Begin Date: | 04-17-2022 |
| --- | --- | --- | --- |
| Payment Date: | 05-05-2022 | Period End Date: | 04-30-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
| --- | --- | --- | --- | --- | --- | --- |
| REGULAR PAY | 72.00 | 20.4714 | | | 1,473.94 | 13,439.48 |
| OVERTIME PAY | | | | | | 130.62 |
| GTL IMPUTED INC | | | | | 6.02 | 30.10 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 8.00 | 20.4714 | | | 163.77 | 1,299.92 |
| **TOTAL PAY** | | | | | **$1,643.73** | **$14,976.89** |

## Taxes

| Description | Current | Year to Date |
| --- | --- | --- |
| FICA-OASDI | 93.05 | 884.93 |
| FEDERAL W/H TAX (S-01) | 132.26 | 1,282.32 |
| FICA-HI | 21.76 | 206.96 |
| PA (S-01) | 46.07 | 438.18 |
| PHILADELPHIA CI | 63.12 | 575.08 |
| PA-Other | 0.99 | 8.99 |

## Deductions

| Description | Current | Year to Date |
| --- | --- | --- |
| GTL IMPUTED INC | 6.02 | 30.10 |
| *FSA-MEDICAL | 57.70 | 519.30 |
| *TRADITION DENT | 8.51 | 76.59 |
| *VISION | 3.90 | 35.10 |
| *HMO | 72.86 | 72.86 |
| ADDITIONAL AD&D | 1.15 | 10.35 |
| EE OPTIONL LIFE | 8.52 | 76.68 |
| CHILD OPT LIFE | 1.94 | 17.46 |
| MEALS | 54.46 | 482.44 |
| SHC DONATION | 1.00 | 9.00 |

| Net Pay | $1,070.42 | $10,250.55 |
| --- | --- | --- |

## Accrual Balances

| Accrual Type | Accrual Amount |
| --- | --- |
| PAID TIME OFF | 78.26 |
| EXT ILL BANK | 224.11 |



Shriners Hospitals for Children

SHC PHILADELPHIA  
Ms SHARON F WILLIAMS  
1706 SCATTERGOOD STREET  
PHILADELPHIA, PA 19124

2900 ROCKY POINT DRIVE  
TAMPA FL 33607  
813-281-0300

Employee ID: 22700228  
Pay Type: Hourly  
Base Salary/Rate: 21.2903

Case # 12920

## Payment Details

Payment Number: 99001797  
Payment Date: 05-19-2022  
Period Begin Date: 05-01-2022  
Period End Date: 05-14-2022

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 21.2903 | | | 1,362.58 | 14,802.06 |
| OVERTIME PAY | | | | | | 130.62 |
| GTL IMPUTED INC | | | | | | 30.10 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 16.00 | 21.2903 | | | 340.64 | 1,640.56 |
| **TOTAL PAY** | | | | | **$1,703.22** | **$16,680.11** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 96.73 | 981.66 |
| FEDERAL W/H TAX (S-01) | 139.40 | 1,421.72 |
| FICA-HI | 22.62 | 229.58 |
| PA (S-01) | 47.90 | 486.08 |
| PHILADELPHIA CI | 65.40 | 640.48 |
| PA-Other | 1.02 | 10.01 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 30.10 |
| *FSA-MEDICAL | 57.70 | 577.00 |
| *TRADITION DENT | 8.51 | 85.10 |
| *VISION | 3.90 | 39.00 |
| *HMO | 72.86 | 145.72 |
| ADDITIONAL AD&D | 1.15 | 11.50 |
| EE OPTIONL LIFE | 8.52 | 85.20 |
| CHILD OPT LIFE | 1.94 | 19.40 |
| MEALS | 22.50 | 504.94 |
| SHC DONATION | 1.00 | 10.00 |

Net Pay   $1,152.07   $11,402.62

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 73.64 |
| EXT ILL BANK | 225.96 |

10/27/22, 8:25 AM

# Pay Statement History Details

Case # 22-12920

**SHC PHILADELPHIA**
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

| | |
|---|---|
| Employee ID: | 22700228 |
| Pay Type: | Hourly |
| Base Salary/Rate: | 21.2903 |

## Payment Details

| | | | |
|---|---|---|---|
| Payment Number: | 99001662 | Period Begin Date: | 05-29-2022 |
| Payment Date: | 06-16-2022 | Period End Date: | 06-11-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 72.25 | 21.2903 | | | 1,538.22 | 17,708.18 |
| OVERTIME PAY | 0.75 | 31.9354 | | | 23.95 | 162.55 |
| GTL IMPUTED INC | | | | | | 37.41 |
| WKND DAY PREM | 8.25 | | | | | 76.77 |
| HOLIDAY PREMIUM | | | | | | |
| PAID TIME OFF | 7.75 | 21.2903 | | | 165.00 | 2,140.88 |
| **TOTAL PAY** | | | | | **$1,727.17** | **$20,125.79** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 98.22 | 1,177.57 |
| FEDERAL W/H TAX (S-01) | 142.28 | 1,705.24 |
| FICA-HI | 22.97 | 275.40 |
| PA (S-01) | 48.64 | 583.09 |
| PHILADELPHIA CI | 66.32 | 772.79 |
| PA-Other | 1.04 | 12.08 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 37.41 |
| *FSA-MEDICAL | 57.70 | 692.40 |
| *TRADITION DENT | 8.51 | 102.12 |
| *VISION | 3.90 | 46.80 |
| *HMO | 72.86 | 291.44 |
| ADDITIONAL AD&D | 1.15 | 13.80 |
| EE OPTIONL LIFE | 8.52 | 102.24 |
| CHILD OPT LIFE | 1.94 | 23.28 |
| MEALS | 33.78 | 563.62 |
| SHC DONATION | 1.00 | 12.00 |

Net Pay  $1,158.34  $13,714.51

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 73.05 |
| EXT ILL BANK | 229.68 |

https://shriners.sumtotalsystems.com/SS61/SelfService;jsessionid=D30643CCA83831297844459OA9CF4CCD?processPath=ViewPayInfoHistory.Vie... 1/1

10/27/22, 8:26 AM
https://shriners.sumtotalsystems.com/SS61/SelfService;jsessionid=D30643CCA83831297844590A9CF4CCD?processPath=Vi…

# Pay Statement History Details

Shriners Hospitals for Children®

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

| | |
|---|---|
| Employee ID: | 22700228 |
| Pay Type: | Hourly |
| Base Salary/Rate: | 21.2903 |

## Payment Details

| | | | |
|---|---|---|---|
| Payment Number: | 99001618 | Period Begin Date: | 06-12-2022 |
| Payment Date: | 06-30-2022 | Period End Date: | 06-25-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 72.00 | 21.2903 | | | 1,532.90 | 19,241.08 |
| OVERTIME PAY | | | | | | 162.55 |
| GTL IMPUTED INC | | | | | | 37.41 |
| WKND DAY PREM | 8.00 | | | | | |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 8.00 | 21.2903 | | | 170.32 | 2,311.20 |
| **TOTAL PAY** | | | | | **$1,703.22** | **$21,829.01** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 96.73 | 1,274.30 |
| FEDERAL W/H TAX (S-01) | 139.40 | 1,844.64 |
| FICA-HI | 22.62 | 298.02 |
| PA (S-01) | 47.90 | 630.99 |
| PHILADELPHIA CI | 65.40 | 838.19 |
| PA-Other | 1.02 | 13.10 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 37.41 |
| *FSA-MEDICAL | 57.70 | 750.10 |
| *TRADITION DENT | 8.51 | 110.63 |
| *VISION | 3.90 | 50.70 |
| *HMO | 72.86 | 364.30 |
| ADDITIONAL AD&D | 1.15 | 14.95 |
| EE OPTIONL LIFE | 8.52 | 110.76 |
| CHILD OPT LIFE | 1.94 | 25.22 |
| MEALS | 77.22 | 640.84 |
| SHC DONATION | 1.00 | 13.00 |

Net Pay    $1,097.35    $14,811.86

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 76.43 |
| EXT ILL BANK | 231.53 |

Case # 22-12920

https://shriners.sumtotalsystems.com/SS61/SelfService;jsessionid=D30643CCA83831297844590A9CF4CCD?processPath=ViewPayInfoHistory.Vie…    1/1

# Pay Statement History Details

Case # 22-12920

**Shriners Hospitals for Children**

SHC PHILADELPHIA  
Ms SHARON F WILLIAMS  
1706 SCATTERGOOD STREET  
PHILADELPHIA, PA 19124

2900 ROCKY POINT DRIVE  
TAMPA FL 33607  
813-281-0300

Employee ID: 22700228  
Pay Type: Hourly  
Base Salary/Rate: 21.2903

## Payment Details

Payment Number: 99001612  
Payment Date: 07-14-2022

Period Begin Date: 06-26-2022  
Period End Date: 07-09-2022

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 72.50 | 21.2903 | | | 1,543.54 | 20,784.62 |
| OVERTIME PAY | 0.50 | 31.9354 | | | 15.97 | 178.52 |
| GTL IMPUTED INC | | | | | 7.31 | 44.72 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 7.50 | 21.2903 | | | 159.68 | 2,470.88 |
| **TOTAL PAY** | | | | | **$1,726.50** | **$23,555.51** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 98.18 | 1,372.48 |
| FEDERAL W/H TAX (S-01) | 142.20 | 1,986.84 |
| FICA-HI | 22.96 | 320.98 |
| PA (S-01) | 48.61 | 679.60 |
| PHILADELPHIA CI | 66.29 | 904.48 |
| PA-Other | 1.03 | 14.13 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 7.31 | 44.72 |
| *FSA-MEDICAL | 57.70 | 807.80 |
| *TRADITION DENT | 8.51 | 119.14 |
| *VISION | 3.90 | 54.60 |
| *HMO | 72.86 | 437.16 |
| ADDITIONAL AD&D | 1.15 | 16.10 |
| EE OPTIONL LIFE | 8.52 | 119.28 |
| CHILD OPT LIFE | 1.94 | 27.16 |
| MEALS | 53.20 | 694.04 |
| SHC DONATION | 1.00 | 14.00 |

Net Pay $1,131.14    $15,943.00

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 80.39 |
| EXT ILL BANK | 233.39 |

# Pay Statement History Details

Case # 22-12920

**Shriners Hospitals for Children®**

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms-SHARON-F-WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: 22700228
Pay Type: Hourly
Base Salary/Rate: 21.2903

## Payment Details

| Payment Number: | 99001628 | Period Begin Date: | 07-10-2022 |
| Payment Date: | 07-28-2022 | Period End Date: | 07-23-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 79.50 | 21.2903 | | | 1,692.58 | 22,477.20 |
| OVERTIME PAY | 0.25 | 31.9354 | | | 7.98 | 186.50 |
| GTL IMPUTED INC | | | | | | 44.72 |
| WKND DAY PREM | 7.50 | | | | | |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 0.50 | 21.2903 | | | 10.65 | 2,481.53 |
| **TOTAL PAY** | | | | | **$1,711.21** | **$25,266.72** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 97.23 | 1,469.71 |
| FEDERAL W/H TAX (S-01) | 140.36 | 2,127.20 |
| FICA-HI | 22.74 | 343.72 |
| PA (S-01) | 48.15 | 727.75 |
| PHILADELPHIA CI | 64.85 | 969.33 |
| PA-Other | 1.03 | 15.16 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 44.72 |
| *FSA-MEDICAL | 57.70 | 865.50 |
| *TRADITION DENT | 8.51 | 127.65 |
| *VISION | 3.90 | 58.50 |
| *HMO | 72.86 | 510.02 |
| ADDITIONAL AD&D | 1.15 | 17.25 |
| EE OPTIONL LIFE | 8.52 | 127.80 |
| CHILD OPT LIFE | 1.94 | 29.10 |
| MEALS | 76.50 | 770.54 |
| SHC DONATION | 1.00 | 15.00 |

Net Pay  $1,104.77   $17,047.77

## Accrual Balances

| Description | Accrual Type | Accrual Amount |
|---|---|---|
| PAID TIME OFF | | 91.31 |
| EXT ILL BANK | | 235.24 |

# Pay Statement History Details

**SHC PHILADELPHIA**
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

Employee ID: 22700228
Pay Type: Hourly
Base Salary/Rate: 21.2903

22-12-926

## Payment Details

| | |
|---|---|
| Payment Number: | 99001635 |
| Payment Date: | 08-11-2022 |
| Period Begin Date: | 07-24-2022 |
| Period End Date: | 08-06-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 56.25 | 21.2903 | | | 1,197.57 | 23,674.77 |
| OVERTIME PAY | | | | | | 186.50 |
| GTL IMPUTED INC | | | | | 7.31 | 52.03 |
| WKND DAY PREM | 8.25 | | | | | |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 23.75 | 21.2903 | | | 505.64 | 2,987.17 |
| **TOTAL PAY** | | | | | **$1,710.52** | **$26,977.24** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 97.19 | 1,566.90 |
| FEDERAL W/H TAX (S-01) | 140.28 | 2,267.48 |
| FICA-HI | 22.73 | 366.45 |
| PA (S-01) | 48.12 | 775.87 |
| PHILADELPHIA CI | 64.83 | 1,034.16 |
| PA-Other | 1.03 | 16.19 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 7.31 | 52.03 |
| *FSA-MEDICAL | 57.70 | 923.20 |
| *TRADITION DENT | 8.51 | 136.16 |
| *VISION | 3.90 | 62.40 |
| *HMO | 72.86 | 582.88 |
| ADDITIONAL AD&D | 1.15 | 18.40 |
| EE OPTIONL LIFE | 8.52 | 136.32 |
| CHILD OPT LIFE | 1.94 | 31.04 |
| MEALS | 53.20 | 823.74 |
| SHC DONATION | 1.00 | 16.00 |

**Net Pay    $1,120.25    $18,168.02**

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 78.94 |
| EXT ILL BANK | 237.09 |

# Pay Statement History Details

**Shriners Hospitals for Children**

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: 22700228
Pay Type: Hourly
Base Salary/Rate: 21.2903

## Payment Details

Payment Number: 99001651
Payment Date: 08-25-2022

Period Begin Date: 08-07-2022
Period End Date: 08-20-2022

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 21.2903 | | | 1,362.58 | 25,037.35 |
| OVERTIME PAY | | | | | | 186.50 |
| GTL IMPUTED INC | | | | | | 52.03 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 0.25 | 21.2903 | | | 5.32 | 2,992.49 |
| EXT ILL BANK | 15.75 | 21.2903 | | | 335.32 | 335.32 |
| **TOTAL PAY** | | | | | **$1,703.22** | **$28,680.46** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 96.74 | 1,663.64 |
| FEDERAL W/H TAX (S-01) | 139.40 | 2,406.88 |
| FICA-HI | 22.63 | 389.08 |
| PA (S-01) | 47.90 | 823.77 |
| PHILADELPHIA CI | 64.55 | 1,098.71 |
| PA-Other | 1.02 | 17.21 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 52.03 |
| *FSA-MEDICAL | 57.70 | 980.90 |
| *TRADITION DENT | 8.51 | 144.67 |
| *VISION | 3.90 | 66.30 |
| *HMO | 72.86 | 655.74 |
| ADDITIONAL AD&D | 1.15 | 19.55 |
| EE OPTIONL LIFE | 8.52 | 144.84 |
| CHILD OPT LIFE | 1.94 | 32.98 |
| MEALS | 53.95 | 877.69 |
| SHC DONATION | 1.00 | 17.00 |

Net Pay  $1,121.45    $19,289.47

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 90.07 |
| EXT ILL BANK | 223.19 |

Case # 22-12920

# Pay Statement History Details

Case # 22/2920

**SHC PHILADELPHIA**
Ms SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Shriners Hospitals for Children®

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

Employee ID: 22700228
Pay Type: Hourly
Base Salary/Rate: 21.2903

## Payment Details

| Payment Number: | 99001652 | Period Begin Date: | 08-21-2022 |
| Payment Date: | 09-08-2022 | Period End Date: | 09-03-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 80.00 | 21.2903 | | | 1,703.22 | 26,740.57 |
| OVERTIME PAY | 0.50 | 31.9354 | | | 15.96 | 202.46 |
| GTL IMPUTED INC | | | | | 7.31 | 59.34 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | | | | | | 2,992.49 |
| EXT ILL BANK | | | | | | 335.32 |
| **TOTAL PAY** | | | | | **$1,726.49** | **$30,406.95** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 98.17 | 1,761.81 |
| FEDERAL W/H TAX (S-01) | 136.01 | 2,542.89 |
| FICA-HI | 22.96 | 412.04 |
| PA (S-01) | 48.61 | 872.38 |
| PHILADELPHIA CI | 65.43 | 1,164.14 |
| PA-Other | 1.03 | 18.24 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 7.31 | 59.34 |
| *FSA-MEDICAL | 57.70 | 1,038.60 |
| *TRADITION DENT | 8.51 | 153.18 |
| *VISION | 3.90 | 70.20 |
| *HMO | 72.86 | 728.60 |
| ADDITIONAL AD&D | 1.15 | 20.70 |
| EE OPTIONL LIFE | 8.52 | 153.36 |
| CHILD OPT LIFE | 1.94 | 34.92 |
| *403b UP TO 6% | 51.58 | 51.58 |
| MEALS | 97.20 | 974.89 |
| SHC DONATION | 1.00 | 18.00 |

Net Pay  $1,042.61  $20,332.08

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 101.53 |
| EXT ILL BANK | 225.05 |

Case # 22-12920

# Pay Statement History Details

**SHC PHILADELPHIA**
Ms. SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Shriners Hospitals for Children
2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

Employee ID: 22700228
Pay Type: Hourly
Base Salary/Rate: 21.2903

## Payment Details

Payment Number: 99001621
Payment Date: 09-22-2022
Period Begin Date: 09-04-2022
Period End Date: 09-17-2022

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 72.50 | 21.2903 | | | 1,543.54 | 28,284.11 |
| OVERTIME PAY | | | | | | 202.46 |
| GTL IMPUTED INC | | | | | | 59.34 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 7.50 | 21.2903 | | | 159.68 | 3,152.17 |
| EXT ILL BANK | | | | | | 335.32 |
| **TOTAL PAY** | | | | | **$1,703.22** | **$32,110.17** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 96.74 | 1,858.55 |
| FEDERAL W/H TAX (S-01) | 133.27 | 2,676.16 |
| FICA-HI | 22.62 | 434.66 |
| PA (S-01) | 47.90 | 920.28 |
| PHILADELPHIA CI | 64.55 | 1,228.69 |
| PA-Other | 1.03 | 19.27 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 59.34 |
| *FSA-MEDICAL | 57.70 | 1,096.30 |
| *TRADITION DENT | 8.51 | 161.69 |
| *VISION | 3.90 | 74.10 |
| *HMO | 72.86 | 801.46 |
| ADDITIONAL AD&D | 1.15 | 21.85 |
| EE OPTIONL LIFE | 8.52 | 161.88 |
| CHILD OPT LIFE | 1.94 | 36.86 |
| *403b UP TO 6% | 51.10 | 102.68 |
| MEALS | 83.30 | 1,058.19 |
| SHC DONATION | 1.00 | 19.00 |

Net Pay   $1,047.13   $21,379.21

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 105.41 |
| EXT ILL BANK | 226.9 |

Case # 22-12920

# Pay Statement History Details

**Shriners Hospitals for Children®**

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms.SHARON F WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

| Employee ID: | 22700228 |
| Pay Type: | Hourly |
| Base Salary/Rate: | 21.2903 |

## Payment Details

| Payment Number: | 99001650 | Period Begin Date: | 09-18-2022 |
| Payment Date: | 10-06-2022 | Period End Date: | 10-01-2022 |

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.25 | 21.2903 | | | 1,367.90 | 29,652.01 |
| OVERTIME PAY | 0.25 | 31.9354 | | | 7.98 | 210.44 |
| GTL IMPUTED INC | | | | | 7.31 | 66.65 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 15.75 | 21.2903 | | | 335.32 | 3,487.49 |
| EXT ILL BANK | | | | | | 335.32 |
| **TOTAL PAY** | | | | | **$1,718.51** | **$33,828.68** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 97.68 | 1,956.23 |
| FEDERAL W/H TAX (S-01) | 135.08 | 2,811.24 |
| FICA-HI | 22.85 | 457.51 |
| PA (S-01) | 48.37 | 968.65 |
| PHILADELPHIA CI | 65.13 | 1,293.82 |
| PA-Other | 1.03 | 20.30 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | 7.31 | 66.65 |
| *FSA-MEDICAL | 57.70 | 1,154.00 |
| *TRADITION DENT | 8.51 | 170.20 |
| *VISION | 3.90 | 78.00 |
| *HMO | 72.86 | 874.32 |
| ADDITIONAL AD&D | 1.15 | 23.00 |
| EE OPTIONL LIFE | 8.52 | 170.40 |
| CHILD OPT LIFE | 1.94 | 38.80 |
| *403b UP TO 6% | 51.34 | 154.02 |
| MEALS | 62.25 | 1,120.44 |
| SHC DONATION | 1.00 | 20.00 |

**Net Pay**    $1,071.89    $22,451.10

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 101.08 |
| EXT ILL BANK | 228.75 |

Case # 12920

# Pay Statement History Details

**Shriners Hospitals for Children**

2900 ROCKY POINT DRIVE
TAMPA FL 33607
813-281-0300

SHC PHILADELPHIA
Ms. SHARON F. WILLIAMS
1706 SCATTERGOOD STREET
PHILADELPHIA, PA 19124

Employee ID: 22700228
Pay Type: Hourly
Base Salary/Rate: 21.2903

## Payment Details

Payment Number: 99001645
Payment Date: 10-20-2022

Period Begin Date: 10-02-2022
Period End Date: 10-15-2022

## Earnings

| Description | Hours | Rate | From Date | To Date | Current | Year to Date |
|---|---|---|---|---|---|---|
| REGULAR PAY | 64.00 | 21.2903 | | | 1,362.58 | 31,014.59 |
| OVERTIME PAY | | | | | | 210.44 |
| GTL IMPUTED INC | | | | | | 66.65 |
| HOLIDAY PREMIUM | | | | | | 76.77 |
| PAID TIME OFF | 16.00 | 21.2903 | | | 340.64 | 3,828.13 |
| EXT ILL BANK | | | | | | 335.32 |
| **TOTAL PAY** | | | | | **$1,703.22** | **$35,531.90** |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| FICA-OASDI | 96.74 | 2,052.97 |
| FEDERAL W/H TAX (S-01) | 133.27 | 2,944.51 |
| FICA-HI | 22.62 | 480.13 |
| PA (S-01) | 47.90 | 1,016.55 |
| PHILADELPHIA CI | 64.55 | 1,358.37 |
| PA-Other | 1.02 | 21.32 |

## Deductions

| Description | Current | Year to Date |
|---|---|---|
| GTL IMPUTED INC | | 66.65 |
| *FSA-MEDICAL | 57.70 | 1,211.70 |
| *TRADITION DENT | 8.51 | 178.71 |
| *VISION | 3.90 | 81.90 |
| *HMO | 72.86 | 947.18 |
| ADDITIONAL AD&D | 1.15 | 24.15 |
| EE OPTIONL LIFE | 8.52 | 178.92 |
| CHILD OPT LIFE | 1.94 | 40.74 |
| *403b UP TO 6% | 51.10 | 205.12 |
| MEALS | 46.30 | 1,166.74 |
| SHC DONATION | 1.00 | 21.00 |

Net Pay    $1,084.14    $23,535.24

## Accrual Balances

| Accrual Type | Accrual Amount |
|---|---|
| PAID TIME OFF | 96.46 |
| EXT ILL BANK | 230.6 |