**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Sharon Williams | : | |
| | : | |
| Debtor | : | Bankruptcy No. 22-12920-elf |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated October 31, 2022 and this case be and the same is hereby DISMISSED.

Date: 11/17/22

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

Missing Documents:

Schedule I, J
Certification Concerning Credit Counseling
Chapter 13 plan